UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  1:16-cv-02491-TWP-DML |
| v. | ) |
| | ) |
| DAVID N. POWELL, Individually and | ) |
| MIDWEST REGIONAL NETWORK FOR | ) |
| INTERVENTION WITH SEX OFFENDERS | ) |
| | ) |
| Defendants. | ) |

## ORDER ON REPORT OF SETTLEMENT BETWEEN BELL AND POWELL

This matter comes before the Court on Report of Settlement between Bell and Powell. Plaintiff requests that the Court vacate all deadlines and stay the case as between Bell and Powell. Court finds that the Motion should be granted.

The Court enters this Order vacating all deadlines as between Bell and Powell and enters a stay as it relates to Powell and Bell only. The case shall remain open as to MIDWEST REGIONAL NETWORK FOR INTERVENTION WITH SEX OFFENDERS and Bell.

SO ORDERED:

Dated: _____            _____
                                U.S. District Judge
                                Southern District of Indiana

Distribution:

Richard N. Bell
richbell@comcast.net

Maura K. Kennedy
LAW OFFICE OF MAURA K. KENNEDY
attorneymaurakennedy@gmail.com

Eric D. Schmadeke
DENSBORN BLACHLY LLP
eschmadeke@dblaw.com

Bryan Findley
INDIANA ATTORNEY GENERAL
bryan.findley@atg.in.gov

Rebecca L. Loeffler
INDIANA ATTORNEY GENERAL
rebecca.loeffler@atg.in.gov

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov