UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:16-cv-02491-TWP-DML |
| v. | ) |
| | ) |
| DAVID N. POWELL, Individually and | ) |
| MIDWEST REGIONAL NETWORK FOR | ) |
| INTERVENTION WITH SEX OFFENDERS | ) |
| | ) |
| Defendants. | ) |

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME AND TO SET NEW DEADLINES FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT MRNISO'S AMENDED MOTION FOR FEES**

This matter comes before the Court on Plaintiff's Motion for Extension of Time and to Set New Deadlines for Plaintiff to file Response to Defendant MRNISO's Amended Motion for Fees. Defendant MRNISO objects. Court finds that the Motion should be granted.

The Court enters this Order setting the following new schedule related to MRNISO's Amended Motion for Attorney Fees and Response to Same:

(1)   Plaintiff shall file his response on or before November 30, 2018;

(2)   Defendant MRNISO will file a reply on or before Dec 14, 2018.

(3)   The Plaintiff may request a hearing after Dec 20, 2018.

SO ORDERED:

Date: 11/19/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Richard N. Bell
richbell@comcast.net

Maura K. Kennedy
LAW OFFICE OF MAURA K. KENNEDY
attorneymaurakennedy@gmail.com

Eric D. Schmadeke
DENSBORN BLACHLY LLP
eschmadeke@dblaw.com

Bryan Findley
INDIANA ATTORNEY GENERAL
bryan.findley@atg.in.gov

Rebecca L. Loeffler
INDIANA ATTORNEY GENERAL
rebecca.loeffler@atg.in.gov

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov